CLOSED, SEALED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-00517-DUTY All Defendants *SEALED*
### Internal Use Only

Case title: USA v. Decosta

Date Filed: 08/05/2021

Date Terminated: 08/05/2021

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Nicholas A Decosta**
*TERMINATED: 08/05/2021*

represented by **David Robert Reed**
David R Reed Law Offices
3699 Wilshire Boulevard Suite 850
Los Angeles, CA 90010
310-854-5246
Fax: 442-227-4002
Email: automatictrials@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 21:841 | |

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse

312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Nicholas A Decosta, originating in the District of Nebraska. Defendant charged in violation of: 21:841. Signed by agent Joseph Kelley, Special Agent. (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Nicholas A Decosta; defendants Year of Birth: 1995; date of arrest: 8/5/2021 (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 🔒 | (Court only) ***Defendant Nicholas A Decosta ARRESTED (Rule 5(c)(3)) (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 🔒 3 | SEALED Defendant Nicholas A Decosta arrested on warrant issued by the USDC District of Nebraska at Omaha. (Attachments: # 1 Charging Document)(ja) (Entered: 08/10/2021) |
| 08/05/2021 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Kenly Kiya Kato as to Defendant Nicholas A Decosta. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: David Robert Reed for Nicholas A Decosta, Appointed, present. Court orders bail set as: Nicholas A Decosta (1) $30,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Court orders defendant held to answer to District of Nebraska. Bond to Transfer. Defendant ordered to report on 8/26/21. Release Order No 38925. Defense counsel may sign bond. Defendant must sign within 48 hours of release from custody. Court Reporter: Myra Ponce. (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Nicholas A Decosta (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Nicholas A Decosta. (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 🔒 7 | FINANCIAL AFFIDAVIT filed as to Defendant Nicholas A Decosta. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 8 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Nicholas A Decosta. (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 9 | DECLARATION RE: PASSPORT filed by Defendant Nicholas A Decosta, declaring that I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 08/10/2021) |
| 08/05/2021 | 12 | WAIVER OF RIGHTS approved by Magistrate Judge Kenly Kiya Kato as to Defendant Nicholas A Decosta. (ja) (Entered: 08/10/2021) |

| | | | |
|---|---|---|---|
| 08/05/2021 | 🔒 | | (Court only) ***Magistrate Case Terminated (ja) (Entered: 08/10/2021) |
| 08/06/2021 | | 10 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $30,000 by surety: Vincent A Decosta for Bond and Conditions Filed by Defendant Nicholas A Decosta (ja) (Entered: 08/10/2021) |
| 08/06/2021 | 🔒 | 11 | SEALED UNREDACTED Affidavit of Surety (CR-4) filed by Defendant Nicholas A Decosta re: Affidavit of Surety (No Justification)(CR-4) 10 (ja) (Entered: 08/10/2021) |
| 08/10/2021 | | | Notice to District of Nebraska of a SEALED Rule 5 Initial Appearance as to Defendant Nicholas A Decosta. Your case number is: 8:21CR193. The clerk will transmit ALL restricted documents via email. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 08/10/2021) |