FILED
CLERK, U.S. DISTRICT COURT
08/05/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:21CR193  5:21-mj-00517 |
| v. | |
| NICHOLAS A. DECOSTA | **AFFIDAVIT RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: DEA
in the CENTRAL District of CALIFORNIA on 08/05/2021
at 8:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 09/2019
in violation of Title 21 U.S.C., Section(s) 846 and 841(a)(1)&(b)(1)
to wit: Distribution of Oxycodone

A warrant for defendant's arrest was issued by: DISTRICT OF NEBRASKA

Bond of $UNKNOWN was ☐ set / ☐ recommended.

Type of Bond: UNKNOWN

Relevant document(s) on hand (attach): ARREST WARRANT

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 08/05/2021 _____, by

_____, Deputy Clerk.


*Joseph Kelley*
Signature of Agent

JOSEPH KELLEY
Print Name of Agent

Agency

SPECIAL AGENT
Title

CR-52 (05/98)                               AFFIDAVIT RE OUT-OF-DISTRICT WARRANT