TRACY L. WILKISON
Acting United States Attorney
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch
BENJAMIN J. WEIR (Cal. Bar No. 312418)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6228
    Facsimile: (951) 276-6202
    Email:     benjamin.weir@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NICHOLAS A. DECOSTA,

    Defendant.

Case No. 5:21-mj-517

GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    _____ 1. <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds</u>:

        _____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

        _____ b. defendant is an alien not lawfully admitted for permanent residence; <u>and</u>

1

    \_\_\_\_\_    c. defendant may flee; or

    \_\_\_\_\_    d. pose a danger to another or the community.

\_\_\_\_\_ 2. <u>Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure</u>:

    \_\_\_\_\_    a. the appearance of the defendant as required;

    \_\_\_\_\_    b. safety of any other person and the community.

<u>x</u> 3. <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

    <u>x</u>    a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

    <u>x</u>    b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

\_\_\_\_\_ 4. <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>:

    \_\_\_\_\_    a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

    \_\_\_\_\_    b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

    \_\_\_\_\_    c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

```
 1                    2260, 2421, 2422, 2423 or 2425 (presumption of
 2                    danger to community and flight risk);
 3        _____    d. defendant currently charged with an offense
 4                    described in paragraph 5a - 5e below, AND defendant
 5                    was previously convicted of an offense described in
 6                    paragraph 5a - 5e below (whether Federal or
 7                    State/local), AND that previous offense was
 8                    committed while defendant was on release pending
 9                    trial, AND the current offense was committed within
10                    five years of conviction or release from prison on
11                    the above-described previous conviction (presumption
12                    of danger to community).
13        _____  5. Government Is Entitled to Detention Hearing Under §
14                  3142(f) If the Case Involves:
15             _____  a. a crime of violence (as defined in 18 U.S.C. §
16                       3156(a)(4)) or Federal crime of terrorism (as
17                       defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
18                       maximum sentence is 10 years' imprisonment or more;
19             _____  b. an offense for which maximum sentence is life
20                       imprisonment or death;
21             _____  c. Title 21 or MDLEA offense for which maximum sentence
22                       is 10 years' imprisonment or more;
23
24
25
26
27
28
                                      3
```

```
____    d. any felony if defendant has two or more convictions
           for a crime set forth in a-c above or for an offense
           under state or local law that would qualify under a,
           b, or c if federal jurisdiction were present, or a
           combination or such offenses;
____    e. any felony not otherwise a crime of violence that
           involves a minor victim or the possession or use of
           a firearm or destructive device (as defined in 18
           U.S.C. § 921), or any other dangerous weapon, or
           involves a failure to register under 18 U.S.C. §
           2250;
____    f. serious risk defendant will flee;
____    g. serious risk defendant will (obstruct or attempt to
           obstruct justice) or (threaten, injure, or
           intimidate prospective witness or juror, or attempt
           to do so).
____ 6. Government requests continuance of _____ days for
        detention hearing under § 3142(f) and based upon the
        following reason(s):
        _____
        _____
        _____
        _____
//
//
//
```

```
_____   7.  Good cause for continuance in excess of three days exists
            in that:

            _____

            _____

            _____

            _____


Dated: August 5, 2021           Respectfully submitted,

                                TRACY L. WILKISON
                                Acting United States Attorney

                                JERRY C. YANG
                                Assistant United States Attorney
                                Chief, Riverside Branch Office


                                      /s/
                                _____
                                BENJAMIN J. WEIR
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
```