DAVID R. REED #62479
3699 Wilshire Blvd Suite 850
L.A., CA 90010
(310) 854-5246
(442) 227-4002 fx
automatictrials@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT

08/05/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF

v.

Nicholas Decosta
DEFENDANT.

CASE NUMBER:

5:21 mj 517

DECLARATION RE PASSPORT AND
OTHER TRAVEL DOCUMENTS

I, __Nicholas Decosta__, declare that
(Defendant/Material Witness)

[X] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __5__ day of __August__, 20__21__
at __Riverside, CA__
(City and State)

__W Reed for Decosta w/ permission__
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____

_____
Interpreter

CR-37 (05/15)   DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS