IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMAL D. HOLDMAN and NICHOLAS A. DECOSTA<br><br>                Defendants. | 8:21CR90<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material was provided to defendants, JAMAL D. HOLDMAN on August 18, 2021 and NICHOLAS A. DECOSTA on August 26, 2021 in the above-captioned case.

DATED this 26th day of August, 2021.

                                                    UNITED STATES OF AMERICA
                                                    Plaintiff

                                                    JAN W. SHARP
                                                    Acting United States Attorney

                                                    *s/Christopher L. Ferretti*
                By:    CHRISTOPHER L. FERRETTI
                         DC Bar##985340
                         Assistant U.S. Attorney
                         1620 Dodge Street, Suite 1400
                         Omaha, NE  68102-1506
                         Tel:  (402) 661-3700
                         Fax:  (402) 345-5724
                         E-mail:  christopher.ferretti@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                                s/Christopher L. Ferretti
                                                CHRISTOPHER L. FERRETTI
                                                Assistant United States Attorney