# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** )<br>    **Plaintiff** )<br> ) <br> ) <br>**V.** ) <br> ) <br>**NICHOLAS A. DECOSTA** ) <br>    **Defendant** | | **8:21CR193**<br><br>**ENTRY OF APPEARANCE** |

COMES NOW Mary C. Gryva and enters her appearance as counsel for the Defendant, Nicholas A. DeCosta, in the above captioned matter.

Nicholas A. DeCosta
Defendant

*By s/Mary C. Gryva*
Mary C. Gryva
Attorney for the Defendant
P.O. Box 8574
Omaha, NE  68108
(402) 346-0874

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2021, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:  Christopher L. Ferretti.
.

By:    *s/Mary C. Gryva*
         Mary C. Gryva