# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:21CR193** |
| Plaintiff | ) | |
| | ) | **MOTION TO EXTEND PRETRIAL** |
| | ) | **MOTIONS DEADLINE** |
| V. | ) | |
| | ) | |
| **NICHOLAS A. DECOSTA** | ) | |
| Defendant | | |

COMES NOW the Defendant, Nicholas A. DeCosta, and through counsel moves this Court for an Order extending his time to file pretrial motions in the above captioned matter for 20 days from the current deadline of September 15, 2021.  As a basis for said motion the Defendant states the following:

1. That AUSA Christopher Ferretti has indicated to counsel that information that is material to the charges with which the Defendant is charged will be forthcoming.  To date counsel has not received the information.

2. Counsel for the Defendant needs additional time to review this supplemental discovery with the Defendant prior to filing pretrial motions.

3. The Defendant is aware of the motion to continue being filed and has no objection.

4. AUSA Christopher Ferretti has been contacted with notice of counsel's filing of said motion to continue the time to file pretrial motions and has not indicated any objection to date.

WHEREFORE, the Defendant requests an order to extend the deadline for the filing of pretrial motions in this matter for an additional 20 days.

NICHOLAS A DECOSTA, Defendant

BY: *s/Mary C. Gryva*
Mary C. Gryva
Attorney for the Defendant
P.O. Box 8574
Omaha, NE 68108

CERTIFICATE OF SERVICE

I hereby certify that on September 14th, 2021,, I electronically filed the foregoing document with Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following: Christopher L. Ferretti.

By: *s/Mary C. Gryva*
Mary C. Gryva