# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR193 |
| | ) | |
| Plaintiff, | ) | **MOTION TO RESTRICT** |
| | ) | |
| v. | ) | |
| | ) | |
| NICHOLAS A. DECOSTA, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file a motion to extend his time to file pretrial motions. The motion contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, Defendant requests the Court grant an order allowing her to file the above-referenced document pursuant to the E-Government Act.

DATED this 4th day of October, 2021.

By: _s/ Mary Gryva_
Attorney for the Defendant
P.O. Box 8574
Omaha, NE. 68108
(402) 346-0874