IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS A. DECOSTA,<br><br>　　　Defendant. | CASE NO. 8:21CR193<br><br>**ENTRY OF APPEARANCE** |

　　　I, Joseph L. Howard, hereby enter an appearance as attorney for Defendant Nicholas A. DeCosta in the above-captioned case. Please direct all future pleadings and correspondence to the undersigned.

　　　DATED this 18th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS A. DECOSTA, Defendant


　　　　　　　　　　　　　　　　　　By:　　/s/Joseph L. Howard
　　　　　　　　　　　　　　　　　　　　　　Joseph L. Howard, #22743
　　　　　　　　　　　　　　　　　　　　　　DORNAN, TROIA, HOWARD, BREITKREUTZ,
　　　　　　　　　　　　　　　　　　　　　　CONWAY & DAHLQUIST, P.C. LLO
　　　　　　　　　　　　　　　　　　　　　　1403 Farnam Street, Suite 232
　　　　　　　　　　　　　　　　　　　　　　Omaha, NE 68102
　　　　　　　　　　　　　　　　　　　　　　Telephone: (402) 884-7044
　　　　　　　　　　　　　　　　　　　　　　Email: JHoward@DLTLawyers.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on November 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Christopher L. Ferretti<br>United States Attorney's Office<br>1620 Dodge Street<br>Suite 1400<br>Omaha, NE 68102-1506<br>christopher.ferretti@usdoj.gov | Mary C. Gryva<br>PO Box 8574<br>Omaha, NE 68108<br>mcg1@cox.net |

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Howard