# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:21CR193 |
| Plaintiff | ) | |
| | ) | MOTION TO WITHDRAW |
| | ) | |
| V. | ) | |
| | ) | |
| NICHOLAS A. DECOSTA | ) | |
| **Defendant** | | |

COMES NOW Mary C. Gryva, court appointed counsel for the above named Defendant, and moves this Court for an order allowing her to withdraw as defense counsel as Defendant has retained private counsel in this matter.

BY:   *s/Mary C. Gryva*
Mary C. Gryva
Attorney for the Defendant
P.O. Box 8574
Omaha, NE  68108


CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2021, I electronically filed the foregoing document with Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:  Christopher L. Ferretti.

By:   *s/Mary C. Gryva*
Mary C. Gryva