IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR193 |
| vs. | ORDER |
| NICHOLAS A. DECOSTA, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Nicholas A. Decosta (Filing No. 46). Joseph L. Howard has filed an entry of appearance as retained counsel for Nicholas A. Decosta. Therefore, Mary C. Gryva's motion to withdraw (Filing No. 46) will be granted.

Mary C. Gryva shall forthwith provide Joseph L. Howard any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to Nicholas A. Decosta's defense.

The clerk shall provide a copy of this order to Joseph L. Howard.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge