IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:21CR193 |
| Plaintiff, | |
| vs. | **UNOPPOSED**<br>**MOTION TO CONTINUE TRIAL** |
| NICHOLAS A. DECOSTA, | |
| Defendant. | |

**COMES NOW** the Defendant, Nicholas A. DeCosta, by and through his attorney, Joseph L. Howard, and hereby moves the Court for an Order continuing the jury trial currently scheduled to begin November 15, 2022 for approximately thirty (30) days and in support of said Motion, Defendant states as follows:

1.      Negotiations between the parties are on-going at this time;

2.      Defense counsel and counsel for the government are close to a plea bargain; and,

3.      Defendant DeCosta is aware of this motion, has been properly advised regarding the ramifications on his right to a speedy trial, and seeks a continuance in this case.

**WHEREFORE** Defendant prays for a thirty (30) day continuance of the jury trial in this case.

DATED this 4th day of November, 2022.

NICHOLAS A. DECOSTA, Defendant

By:     */s/Joseph L. Howard*
Joseph L. Howard, #22743
DORNAN, TROIA, HOWARD, BREITKREUTZ,
CONWAY & DAHLQUIST, P.C. LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
Telephone: (402) 884-7044
Email: JHoward@DLTLawyers.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christopher Ferretti
United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha NE 68102-1506
christopher.ferretti@usdoj.gov

*/s/ Joseph L. Howard*