IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS A. DECOSTA, <br><br> Defendant. | CASE NO. 8:21CR193 <br><br> **MOTION TO SCHEDULE PLEA HEARING** |

**COMES NOW** the Defendant, Nicholas A. DeCosta, by and through his attorney, Joseph L. Howard, and hereby moves the Court for an Order cancelling the jury trial currently scheduled to begin on January 3, 2023 and setting this matter for a plea hearing date. In support of said Motion, Defendant states as follows:

1. The parties have reached an agreement and desire to have this matter scheduled for a plea hearing.

**WHEREFORE** Defendant prays that the jury trial be cancelled and this matter be scheduled for a plea hearing.

DATED this 19th day of December, 2022.

                                        NICHOLAS A. DECOSTA, Defendant

By:    */s/Joseph L. Howard*
          Joseph L. Howard, #22743
          DORNAN, TROIA, HOWARD, BREITKREUTZ,
          CONWAY & DAHLQUIST, P.C. LLO
          1403 Farnam Street, Suite 232
          Omaha, NE 68102
          Telephone: (402) 884-7044
          Email: JHoward@DLTLawyers.com
          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christopher Ferretti
United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha NE 68102-1506
christopher.ferretti@usdoj.gov

/s/ Joseph L. Howard