IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>NICHOLAS A. DECOSTA,<br><br>　　Defendant. | CASE NO. 8:21CR193<br><br>**UNOPPOSED<br>MOTION TO<br>CONTINUE SENTENCING** |

**COMES NOW** the Defendant, Nicholas A. DeCosta, by and through his attorney, Joseph L. Howard, and hereby moves the Court for an Order continuing the sentencing currently scheduled for April 26, 2023 for approximately thirty (30) days and in support of said Motion, Defendant states as follows:

1. Defense counsel has a jury trial scheduled the week of Defendant's currently-scheduled sentencing; and,
2. Christopher Ferretti, Assistant U.S. Attorney, indicated he does not object to this continuance request

**WHEREFORE** Defendant prays for a thirty (30) day continuance of the sentencing currently scheduled for April 26, 2023.

DATED this 31st day of March, 2023.

　　　　　　　　　　　　　　　　　　　　NICHOLAS A. DECOSTA, Defendant


　　　　　　　　　　　By:　　*/s/Joseph L. Howard*
　　　　　　　　　　　　　　Joseph L. Howard, #22743
　　　　　　　　　　　　　　Dornan, Troia, Howard, Breitkreutz,
　　　　　　　　　　　　　　Conway & Dahlquist, P.C. LLO
　　　　　　　　　　　　　　1403 Farnam Street, Suite 232
　　　　　　　　　　　　　　Omaha, NE 68102
　　　　　　　　　　　　　　Telephone: (402) 884-7044
　　　　　　　　　　　　　　Email: JHoward@DLTLawyers.com
　　　　　　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christopher Ferretti
United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha NE 68102-1506
christopher.ferretti@usdoj.gov

*/s/ Joseph L. Howard*