IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:21CR193 |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO WITHDRAW FILING #116** |
| NICHOLAS A. DECOSTA, | |
| Defendant. | |

NICHOLAS DECOSTA, by and through the undersigned, respectfully moves the Court for leave to withdraw filing #116. Defendant respectfully advises the Court that the brief in filing #119 is the proper brief in support of the motion for variance in filing #118.

In Support, Defendant respectfully withdraws filing #116.

                                  NICHOLAS A. DECOSTA, Defendant

By:   */s/Joseph L. Howard*
       Joseph L. Howard, #22743
       DORNAN, TROIA, HOWARD, BREITKREUTZ,
       DAHLQUIST & KLEIN, P.C. LLO
       1403 Farnam Street, Suite 232
       Omaha, NE 68102
       Telephone: (402) 884-7044
       Email: JHoward@DLTLawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christopher Ferretti
United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha NE 68102-1506
christopher.ferretti@usdoj.gov

                                  */s/ Joseph L. Howard*