IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>NICOLAS A. DECOSTA,<br><br>                Defendant. | 8:21CR193<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE SECOND REVISED PRESENTENCE INVESTIGATION REPORT AND ADDENDUM |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the 2nd Revised Presentence Investigation Report (PSR). Plaintiff does not join defendant's objection to the adjustment for role in the offense (PSR, ¶¶ 80, 90) but currently does not anticipate offering additional evidence at sentencing relating to that issue, or any other issue raised by the defendant. "Evidence that a defendant directed the criminal activities of another coconspirator on one occasion, or that the defendant recruited a member into the conspiracy, is sufficient to support a finding of aggravating role in the offense." United States v. Werkmeister, 62 F.4th 465 (8th Cir. 2023).

                                                                    Respectfully Submitted,

                                                                    UNITED STATES OF AMERICA,

                                                                    STEVEN A. RUSSELL
                                                                    United States Attorney
                                                                    District of Nebraska

By: s/ Christopher L. Ferretti
CHRISTOPHER L. FERRETTI
DC Bar #985340
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: christopher.ferretti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Jessica Curd
US Probation

s/ Christopher L. Ferretti
Assistant U.S. Attorney