IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NICHOLAS A. DECOSTA,<br><br>  Defendant. | CASE NO. 8:21CR193<br><br>**MOTION TO FILE<br>SUPPLEMENTAL BRIEF<br>IN SUPPORT OF DEFENDANT'S<br>MOTION FOR VARIANCE<br>AS RESTRICTED** |

**COMES NOW** the Defendant Nicholas A. DeCosta, by and through his attorney, Joseph L. Howard, and hereby moves to file his Supplemental Brief in Support of Defendant's Motion for Variance as restricted. Defendant asserts that the document contains private disclosures which should be protected from public dissemination.

**WHEREFORE** Defendant prays for leave to file said pleading as restricted.

DATED this 26th day of May, 2023.

                                        NICHOLAS A. DECOSTA, Defendant


By:    */s/Joseph L. Howard*
       Joseph L. Howard, #22743
       DORNAN, TROIA, HOWARD, BREITKREUTZ,
       DAHLQUIST & KLEIN PC LLO
       1403 Farnam Street, Suite 232
       Omaha, NE 68102
       Telephone: (402) 884-7044
       Email: JHoward@DLTLawyers.com
       *Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christopher Ferretti
United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha NE 68102-1506
christopher.ferretti@usdoj.gov

                                                          */s/ Joseph L. Howard*