IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS A. DECOSTA,<br><br>Defendant. | CASE NO. 8:21CR193<br><br>**MOTION TO FILE<br>SUPPLEMENTAL BRIEF<br>IN SUPPORT OF DEFENDANT'S<br>MOTION FOR VARIANCE<br>UNDER SEAL** |

**COMES NOW** the Defendant Nicholas A. DeCosta, by and through his attorney, Joseph L. Howard, and hereby moves to file his Supplemental Brief in Support of Defendant's Motion for Variance under seal. Defendant asserts that the document contains private disclosures which should be protected from public dissemination.

**WHEREFORE** Defendant prays for leave to file said pleading under seal.

DATED this 26th day of May, 2023.

NICHOLAS A. DECOSTA, Defendant

By:   */s/Joseph L. Howard*
Joseph L. Howard, #22743
DORNAN, TROIA, HOWARD, BREITKREUTZ,
DAHLQUIST & KLEIN PC LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
Telephone: (402) 884-7044
Email: JHoward@DLTLawyers.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christopher Ferretti
United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha NE 68102-1506
christopher.ferretti@usdoj.gov

                */s/ Joseph L. Howard*