IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS A. DECOSTA, <br><br> Defendant. | CASE NO. 8:21CR193 <br><br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 26th day of May, 2023, a true and correct copy of the Supplemental Brief in Support of Defendant's Motion for Variance was served via email upon Christopher Ferretti, United States Attorney's Office, 1620 Dodge Street, Suite 1400, Omaha NE 68102-1506, christopher.ferretti@usdoj.gov.

NICHOLAS A. DECOSTA, Defendant

By:   /s/Joseph L. Howard
Joseph L. Howard, #22743
DORNAN, TROIA, HOWARD, BREITKREUTZ, CONWAY, & DAHLQUIST, PC, LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
Telephone: (402) 884-7044
Email: JHoward@DLTLawyers.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/Joseph L. Howard